UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

The United States,
-vs-
Navy Riel                    Docket No. 06-0313 LJO


FILED
JAN 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

COMES NOW Montgomery L. Olson, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Navy Riel, who was placed on bond by the Honorable Lawrence J. O'Neill, then U.S. Magistrate Judge, sitting in the Court at Fresno, on the 27th day of September, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Manufacture Marijuana; Possess With Intent to Distribute Marijuana

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 1, 2009, the defendant and his brother, Malay Phita Riel, were arrested after officers of the Fresno Police Department searched their residence and found approximately 25 pounds of marijuana; $9,500 in cash; two digital scales; pay-owe sheets; clear plastic baggies; and other items that would indicate they were involved in drug trafficking. The defendant was released on bond in that matter on January 2, 2009. On January 13, 2009, the Fresno County District Attorney's Office file formal charges against the defendant, and his next court date in Fresno County Superior Court is set for January 22, 2009.

**PRAYING THAT THE COURT WILL ORDER** a bond violation hearing set on Your Honor's calendar for January, 20, 2009, at 1:30 p.m., and that Pretrial Services notify the defendant and counsel of the hearing.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,

Montgomery L. Olson
Pretrial Services Officer
DATE: January 16, 2009

---
**_ORDER_**
---

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on __1-20-09__, at __1:30__ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this __16__ day of __Jan__, 20__09__, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

## CONDITIONS OF RELEASE

1. *You shall report to and comply with the rules and regulations of the Pretrial Services Agency;*

2. *You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;*

3. *You are released to the third party custody of Chornarith Riel;*

4. *You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;*

5. *Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the Pretrial Services Officer;*

6. *You shall not associate or have any contact with any codefendants in this case unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;*

7. *You shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. However, medical marijuana, prescribed or not, may not be used;*

8. *You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt; and,*

9. *You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.*