Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | NAVY RIEL |
| **Docket Number:** | 1:06CR00313-004 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/20/2009 |
| **Original Offense:** | 21 USC 846 and 841(a)(1) - Conspiracy to Manufacture and Distribute Marijuana<br>(CLASS A FELONY) |
| **Original Sentence:** | 46 months Bureau of Prisons; 60 months supervised release; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) Drug/alcohol testing; 5) Pager/cellular phone restriction; 6) Aftercare co-payment; 7) Registration (Drug) |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/04/2012 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Anthony Capozzi    **Telephone:** (559) 221-0200 |
| **Other Court Action:** | None |

RE: NAVY RIEL
Docket Number: 1:06CR00313-004 LJO
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall complete up to 20 hours of unpaid community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocational program.

**Justification:** Since commencement of supervision the offender has never maintained regular employment, although he has maintained compliance in all other aspects. The addition of the above condition will help the offender add some much needed work experience to his resume.

Respectfully submitted,

/s/ Adam E. Tunison

**Adam E. Tunison**
**United States Probation Officer**
Telephone: (559) 499-5712

**DATED:** May 29, 2013
Fresno, California
AET/mse


**REVIEWED BY:**   /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

RE:   NAVY RIEL
      Docket Number: 1:06CR00313-004 LJO
      PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.


cc:   United States Probation
      Kathleen A. Servatius, Assistant United States Attorney
      Anthony Capozzi, Assistant Federal Defender

**IT IS SO ORDERED.**

**Dated:   May 31, 2013            /s/  Lawrence J. O'Neill**
                                  **UNITED STATES DISTRICT JUDGE**